**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADEL M. CANNON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:15-cv-01095-SMS<br><br>ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS*<br><br>(Doc. 2) |

　　　By motion filed July 15, 2015, Plaintiff Adel M. Cannon seeks to proceed *in forma pauperis*. Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a).

　　　Accordingly, the Court GRANTS Plaintiff's motion to proceed *in forma pauperis*. The Clerk of Court is directed to issue new case documents. Plaintiff's attorney is directed to serve the Commissioner.

IT IS SO ORDERED.

　Dated: __**July 16, 2015**__　　　　　　　　__**/s/ Sandra M. Snyder**__
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE