1 | Steven G. Rosales
Attorney at Law: 222224
2 | Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
3 | Santa Fe Springs, CA 90670
Tel.: (562)868-5886
4 | Fax: (562)868-5491
E-mail _steven.rosales@rohlfing.com
5
Attorneys for Plaintiff  GLORIA ONTIVEROS
6

7

8

9 

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

10

11

| | |
|---|---|
| ADEL M. CANNON, | )  Case No.:  1:15-cv-01095-SMS |
| | ) |
| Plaintiff, | )  STIPULATION TO EXTEND |
| | )  BRIEFING SCHEDULE |
| vs. | ) |
| | ) |
| CAROLYN COLVIN, Acting | ) |
| | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant | ) |
| _____ | ) |

18

19    TO THE HONORABLE SANDRA M, SNYDER, MAGISTRATE JUDGE

OF THE DISTRICT COURT:

20    Plaintiff Adel M. Cannon ("Plaintiff") and defendant Carolyn Colvin, Acting

21  Commissioner of Social Security ("Defendant"), through their undersigned counsel

22  of record, hereby stipulate, subject to approval of the Court, to extend the time for

23  Plaintiff to file Plaintiff's Opening Brief to April 4, 2016; and that Defendant shall

24  have until May 4, 2016, to file her opposition, if any is forthcoming.  Any reply by

25  plaintiff will be due May 19, 2016.

26

-1-

1    An extension of time for plaintiff is needed in order to properly address the

2  issues within the administrative record in this matter.  Counsel sincerely apologizes

3  to the court for any inconvenience this may have had upon it or its staff.

4

5  DATE: February 22, 2016          Respectfully submitted,

6                                   LAW OFFICES OF LAWRENCE D. ROHLFING

7                                         /s/ *Steven G. Rosales*

                                   BY: _____
8                                  Steven G. Rosales
                                   Attorney for plaintiff JESSICA R.
9                                  CLINGENPEEL

10

11  DATED:  February 22, 2016        BENJAMIN WAGNER
                                   United States Attorney
12

13

14                                      */s/ *Jean M. Turk*

15                                 _____

                                   Jean M. Turk
16                                 Special Assistant United States Attorney
                                   Attorney for Defendant
17                                 [*Via email authorization]

18

19

20

21

22

23

24

25

26

1    IT IS HEREBY ORDERED that plaintiff may have an extension of time, to

2  and including April 4, 2016, in which to file Plaintiff's Opening Brief; Defendant

3  may have an extension of time to May 4, 2016 to file her opposition, if any is

4  forthcoming.  Any reply by plaintiff will be due May 19, 2016.

5

6

7  IT IS SO ORDERED.

8    Dated:    **February 23, 2016**              **/s/ Sandra M. Snyder**
                                            UNITED STATES MAGISTRATE JUDGE
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26